UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LARRY L. JOYNER, SR., )
)
Plaintiff, ) Case No. 05-2699
)
v. )
) Judge J. Daniel Breen
)
A.O. SMITH CORP., et al., )
)
Defendants. )

## ORDER

Upon motion of Bernard E. Bernstein to be admitted pro hac vice in the above-referenced matter on behalf of Defendant Metropolitan Life Insurance Company for good cause shown,

IT IS HEREBY ORDERED that Bernard E. Bernstein is admitted to practice before this Court as an attorney of record for Defendant Metropolitan Life Insurance Company in this proceeding.

This 29th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02699 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Doris C. Allen
Berstein, Stair & McAdams, LLP
4823 Old Kingston Pike, STE 300
Knoxville, TN 37919

Stephen A. Fennell
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036

Christopher T. Cain
BALL & SCOTT
550 W. Main Ave.
Ste. 750
Knoxville, TN 37902

Richard Barret
BARRETT LAW OFFICE, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095

Bernard E. Bernstein
Bernstein, Stair & McAdams, LLP
4823 Old Kingston Pike, STE 300
Knoxville, TN 37919

Patrick Montgomery Barrett
BARRETT LAW OFFICE, P.A.
One Burton Hills
Ste. 380
Nashville, TN 37215

Don Barrett
BARRETT LAW OFFICES- Lexington
P.O. Box 987
Lexington, MS 39095

Henry C. Shelton
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Thomas S. Scott
BALL & SCOTT
550 W. Main Ave.
Ste. 750
Knoxville, TN 37902

Charles Barrett
BARRET LAW OFFICE, P.A.
One Burton Hills Blvd.
Ste. 380
Nashville, TN 37215

Honorable J. Breen
US DISTRICT COURT